**Michael Arnes SMITH, Plaintiff—Appellant,**

v.

**Dee SIMS, Defendant—Appellee.**

No. 04–7659.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 4, 2005.

Michael Arnes Smith, Appellant pro se.

Robert Boyd Jones, Jr., Cranfill, Sumner & Hartzog, LLP, Wilmington, North Carolina, for Appellee.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Arnes Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Sims,* No. CA–02–835–1 (M.D.N.C. filed Sept. 27, 2004 & entered Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*